IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

SEALED

v.                                                        CASE NO. 3:08cR 39/McR

ABRAHAM DAVID SAFTCHICK,
a/k/a "Dave,"
HOWARD D. FISHER,
and
CHRISTOPHER MICHAEL HUTCHINS

---

### MOTION REQUESTING AN ORDER SEALING THE INDICTMENT

COMES NOW the United States of America, and requests that this Court issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The indictment in this cause alleges multiple violations of Title 18, United States Code Section, 841 against the three defendants. The defendants are not in custody at this time and law enforcement is attempting to coordinate their efforts to make arrests of all defendants simultaneously; however, if unsuccessful and the identities of those persons listed in the indictment becomes public, those persons that law enforcement can not initially apprehend are likely to flee.



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.
08 APR 15 PM 4: 10

FILED

2.	The United States moves the Court to seal the indictment as to all defendants until further Order of this Court, after apprehension of all defendants or until that time as necessary for any trial.

3.	The United States further requests that the Clerk's Office provide two certified copies of the indictment to the United States Attorney, Northern District of Florida, and to the United States Marshal, Northern District of Florida.

WHEREFORE, in order to allow for the arrest of defendants, before the indictment is made available to the public, it is respectfully requested that the court order the sealing of the indictment returned in this case as to all three defendants.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

*[signature]*

Edwin F. Knight
Assistant U.S. Attorney
Florida Bar No. 380156
21 East Garden Street, Suite 400
Pensacola, Florida 32501
(850) 444-4000

DONE and ORDERED this 15th day of April, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE